IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

DANIEL BARBER,                 *

        Petitioner,     *

v.                             Case No.   1:23-CV-122 (LAG)
                             *

                             *

TELFAIR STATE PRISON,

        Respondent,

_____

## **J U D G M E N T**

Pursuant to this Court's Order dated October 5, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Petitioner shall recover nothing of Respondent.

This 5th day of October, 2023.

                                                      David W. Bunt, Clerk

                                                    s/ Dennis Tomlinson, Deputy Clerk